THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL SCHWACH, Petitioner, Respondent, v. WILLIAM HUNT, as Warden of Attica Prison, Attica, New York, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed, without costs, on the authority of *People* v. *Fury* (279 N. Y. 433) and

relator remanded to the custody of the warden of Attica Prison. All concur. (The order directs defendant to deliver relator Robert White to the custody of the sheriff of New York county for the purpose of having him taken before the Court of General Sessions of the County of New York for resentence.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.